UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLIE COLEMAN,

Plaintiff,

v.

KEITH SNYDER *et al.*,

Defendants.
_____________________________/

Case No. 1:25-cv-1308

Hon. Ray Kent

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendants Snyder, Wilkins, and "AMF Food Service Director (Unknown)" are dropped as parties pursuant to Rule 21 of the Federal Rules of Civil Procedure due to misjoinder. Plaintiff's claims against the misjoined Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the remaining parties, Defendants Hallock, Kidder, and Bonn, are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: September 21, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge